**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§ 1983

JUN 1 1 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT

2012 JUN 11 AM 10: 25

JAMES W. McCORMACK
BY:_____
DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO._____

4:12-CV-353-JLH

*13 PAGE Complaint
TOTAL Include
4 PAGE DEFENDANT
List inc (carto)

I.   Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: BENJAMIN MUHAMMAD JONES
ADC# 89586
Address: 2501 STATE FARM ROAD
TUCKER, ARK. 72168

Name of plaintiff:_____
ADC#_____
Address:_____

This case assigned to District Judge Holmes
and to Magistrate Judge Kail

Name of plaintiff:_____
ADC#_____
Address:_____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: THOMAS MILLER
Position: Sgt. of WPD
Place of employment: WARREN POLICE DEPT
Address: 200 ALABAMA St
WARREN, ARK. 71671
Name of defendant: BRIAN MARTIN
Position: MAYOR OF WARREN P.O.Box352
Place of employment: CHAMBER OF COMMERCE
CITY OF WARREN P.O. BOX352
WARREN, ARK. 71671

Address: _MIKE WARREN_

Name of defendant: _WPD PATROLMAN_

Position: _200 ALABAMA STR_

Place of employment: _WARREN, ARK. 71671_

Address: _DOE_

Name of defendant: _P. GONZALES   MEXICAN  US._

Position: _PATROLMAN WPD_

Place of employment: _WPD_

Address: _200 ALABAMA STREET_
_WARREN, ARK. 71671_

ADDED DEFENDANT

II.   Are you suing the defendant in:

[X] Official capacity only
[X] Personal capacity only
[X] Both official and personal capacity

_DEPUTY JASON ALEXANDER_
_BRADLEY COUNTY SHER. DEPT_
_101 E. CEDAR ST_
_WARREN, ARK. 71671_

III.   Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _✓_   No _____

B.   If you answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes _✓_   No _____

   ❑   Parties to the previous lawsuit:

Plaintiffs _MYSELF_

Defendants: _MIKE JOLLY, SHELIA JACKSON_
_CAROLYN BYRD, JAMES KITCHEN_

   ❑   Court (if federal court, name the district; if state court, name the county):

_EASTERN._

(1) ADDED DEFENDERS

(Unknown) Black    City of WARREN
Dog Catcher    police Dept
(Black) DOE    position
     No Full name
Y'ALL    But on Employment
     RECORDS!

200 ALABAMA Str.

WARREN, ARK. 71671

MRS. JOYCE Mitchell    Dollar (WARREN)
position    ARK
MANAGER Family
    315 MARtin Str
WARREN, ARK. 71671

MRS. SANDRA DOE Dollar STORE
position
MANAGER Family
    315 MARtin
WARREN, ARK. 71671

(2)   ADDED DEFENDANT
                 List

MR. PATRICK PATTON   Retired
711 NORTH MAIN STREET
WARREN, ARK. 71671

CEDRIC CALBERT
711 NORTH MAIN St
WARREN, ARK. 71671

Judge BRUCE ANDERSON
P.O. Box 352   District Judge
WARREN, ARK

Sgt. Don Hollingsworth WPD
Detective of WPD WPD
200 ALABAMA STREET
WARREN, ARK. 71671

PAGE (3)

ALL WHILE iN Custody At WPD while lots
of WPD staff on Duty SINCE it was
FRiDAY SEE shift EviDEOS FoR prooF I
WASN'T AFFORDED the Humanity of using
the comol of BathRoom AS REQUESTED the
BRADLEY County Hospital REFUSED to see
DUE to this UNSANiTARY MATTER E WPO
MiKE WARREN USED PlASTic
iN this patRolCAR SEE All Photos
at AshLEY County JAil Emy
IT 8th AmenDment violation PARKMAN PASSiNG out prESCRI-
BlEEDiNG LEFT HEAD WOUND
BED MEDiCATioNS To PRiSoNERS AT WPD. SEE LASt Foot-
By FoRMER WPO MARK DANZY        AGE FoR pRooF!
E CoRPORAL TERRENCE MOORE on
10-28-11 By Deputy John BuRNSiDE BuRNSiDE

(4)

Deputy JAiLER Alice WOODS
ESCORT WAS. WPO MiKE WARREN
of WPD whom is just AS
Guilty! I WAS RELEASED to
District Judge BRUCE ANDERSON
whom TOLD Sgt Don Hollings-
worth & CORPORAL MOORE to
MAKE Sure I get ALL my
PRESCRIBED MEDICATIONS
From my House or Apt that
MiKE Jolly (Director threw All
AWAY At City Dump see
NEighBORS WITNESSED Accounts
RECORDS ETC. THAT WAS

Retaliation indirect or direct from UPDA pistol present declaratory injustice relief of

VIII. Relief

2 million in punitive damages by all parties in official & personal capacity

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. 2 millions dollars for all my civil rights violated from 10-28-11 by WPO Mark Dansye fellow WPO Mike Warren, Chief Rawls Pete Sgt. Don Hollingsworth, Jailer Dispatcher Doe Jolly Doe Gonzales, Corporal T. Moore, Deputys Mike Woods, Deputy John Burnside

I declare under penalty of perjury (18 U.S.C. § 1621) that the forgoing is true and correct.

Executed on this 4 day of June, 20 12 ALL ALL PAY COURT COST ATTORNEY FEES IN SETTLEMENT

Signature(s) of Plaintiff(s)

Revised 05/02/05

DEFAMATION of CHARACTER
INVASION of PRIVACY
CRUEL & UNUSUAL PUNISHMENT OVERSEERS
By ALL WPD STAFF
Ashley County Deputies Amendments 8th 1st Property loss
OVERSEERS Etc violated CO's Furnitures Aprons Family photos clothes
SUED ALL IN 2.00 million Dollars
MENTAL ANGUISH, MENTAL ABUSE, negligence
no proper MEDICAL CARE physical or mental
As DELTA Counseling in WARREN also
C SEE Dr. Michelle Weaver Stomach infection
& Heart MEDS, Toe pain Medication
NO RELIGION SERVICE, NO ACCESS to
courts or attorney calls or relative
calls. Judge Bruce Anderson is
An Hostile Witness to no medical
give Sgt. Don Hollingsworth orders to get all meds

Abuse of Authority & power
IL treatment of prisoner while in WPD custody court exute or arrest
By MANDATORY
NO PROPER MEDICAL WPD & ALL WPD Authority
Ashley County king or King Full & of prisoners
Judge of King & attitude

(5)

DESTROYED BY WARREN Housing Employ-
ement FOR His malicious & Devious
& total DISREGARDED FOR ALL my personal
property Along with WAD PO MARK
DANZY SEARCHING my Belongings
planting tainted EVIDENCE to
SlANDER my NEW LIFE
In Society SEE ALL past
& presents RECORDS! Thank
you This was An ongoing
Conspiracy By WARREN
Mr. Mike & WPD MARK DANZY
Cfleck LANE hart & Sgt Dan
Hollingsworth To stop my growth
& New Religion Too

(6)

WARREN Policeman Corporat Torrense Lipspc
Moore Along with Former ~~Patart~~
Mark Dawzy Lost or Left
my Brand New Bicycle At that they
Mad Butcher on 10-28-11 Pres.Chlorch
All Sespeoples Ms. Brenda Wooly witnal for proof ME to
Someone Bought for proof ME to
Ex Uthrown Away by Mr.M.Jolley!
Get Around Warren Since
Gasuline So high & To
Collect CAns To help me
Clean up city & make extra
Honest dollars! thats Another
Great Loss from Ms. Brenda
Wooley of Warren!
Bike cost 240.00
new 21 speed 6-6-12
# 8958 G Sc Bniffles Bnisfle

WHY WPD DOESN'T ( ? HAVE MEDICAL STAFF
PASS out PRESCRIBED ( ? MEDICATIONS & ASHLEY County Too?
DEPUTY JASON ALEXANDER
WHOM I WORK FOR AS AN MODERN—
DAy Bounty HUNTER FOR HIS FATHER
& Family RAN THIFT STORE
On THE FORDYCE High—
WAy iN WARREN
WHEREAS I HELD FOR
HUMANITIE REASONS
THAT only ENDANGER's my NEW LIFE
MORE SO By WARREN HOUSING
WPD'S ETC
ONLY NOT SNITCH-
ING FOR MR DANZY
MR CHUCK LANEHARTE
MR MIKE JOLLY NOR WPD AS AN WHOLE THE!
END°

White WPD RoBots PRESENT DAY AT MCDONALDS TOO! (8) He gave 5-00 to eat TOO

ME AND My Cousins Sgt. Thomas

Miller TAlked AT McDonalds in

Warren Ark SEE MORNING TIME VIDEO Footage White

WPD PO DOE WHITE (SAME ONE COCKED HIS

GUN ON ME AT DAY & NITE WHEN 11:30 AM APPROX

NOTE: no need FOR GUNS ON US Blacks IN TRUCK!

I TURNED MYSELF IN ON DATE OF

ARREST of PAROLE WHEN My Nephews AREN'T criminals OR ME! CORPORAL

what about FORMER

TERRENCE MOORE TOOK ME BACK TO P.O. MARK DAWZY!

Ashley County JAIL, WHY Didn't

Sgt. Thomas MILLER Cock His

GUN OR DRAW His while I

BUYING Cigarettes & My Great

Nephew AS TAKING to sell my cans

on that DATE & Time!

**9.**

THERES no HOT WATER SHOWER AT CITY JAIL TO SHAVE ETC TO TAKE CARE OF MY OR OTHERS PERSONAL HYGIENE, NO HOT MEALS OR DIET FOOD PROVIDED DUE TO I HAVE MEDICAL HEALTH ISSUES SEE ALL MY Family Doctor Michelle WEAVER & PRISON MEDICAL RECORDS FOR PROOF THANK YOU AGAIN MR. BEN

81580

tAking my (O) my pRAYORS caps
Rugs Islam Literature
WPD DANZY, GONA
mikela MARRA
ZAles, Sgt Millery Sgt
Don Hollingsworth, Dis-
patcher Jolly All mocking
my TRUE Religion of
AMERICAN MuSLim I'm
not NOT AS KKK
WHite SupremaUst
HATE GROUPs BY US
GOU.