**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BENJAMIN MUHAMMAD JONES,   PLAINTIFF
ADC #89586

v.   No. 4:12CV00353 JLH

THOMAS MILLER, Sergeant,
Warren Police Department, et al.   DEFENDANTS

### TRANSFER ORDER

Plaintiff, Benjamin Muhammad Jones, is a prisoner in the Maximum Security Unit of the Arkansas Department of Correction. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights during his October 2011 arrest in Warren, Arkansas, and confinement in the Bradley County Jail. *See* docket entry #1.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to this action occurred in Bradley County. Similarly, the Defendants reside in Bradley County.

Bradley County is located in the El Dorado Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, El Dorado Division.

DATED this 25th day of June, 2012.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE